# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

### Second Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Dennis Conlin                               Case Number: 4:07CR00718-1 CDP

Name of Sentencing Judicial Officer: The Honorable Catherine D. Perry
                                     Chief United States District Judge

Date of Original Sentence: April 4, 2008

Original Offense: Count One: Transportation of Child Pornography
                  Count Two:  Possession of Child Pornography

Original Sentence: 71 months custody of the Bureau of Prisons on each of Counts One and Two, to be served concurrently, followed by a Life term of supervised release on each of Counts One and Two, to be served concurrently.  On June 20, 2014, supervised release revoked and sentenced to 6 months custody of the Bureau of Prisons, followed by a Life term of supervised release.

Type of Supervision: Supervised Release            Date Supervision Commenced: November 10, 2014
                                                                       Expiration Date: N/A

Assistant U.S. Attorney: Carrie Costantin                   Defense Attorney: Matthew Radefeld

---

### PETITIONING THE COURT

To amend the original petition to include additional violations and information.  The additional violations and information are in **bold** print.

The probation officer believes that the offender has violated the following condition of supervision:

**Violation Number**
**General Condition: The defendant shall not commit another federal, state, or local crime.**

**Nature of Noncompliance**
**On June 11, 2015, Conlin's cell phone and USB flash drive were transferred from the St. Peters Police Department to the United States Probation Office for forensic examination. An examination revealed the USB flash drive contained one pornographic video and numerous pornographic images. Many of these images were of young looking females of an undetermined age. The video, filename 00025_SCT.avi, was determined to be a minor child under the age of 18. The video shows a young female undressing for the camera, during which time she exposes her genitals to the camera. This video would be consistent with a video chat conversation. One of the images, identified as filename 500.jpg, is a collage of pictures containing numerous images of the minor female from the video 00025_SCT,avi, in different states of undress and exposing her genitals.**

**Filename teen-pussy1.jpg, is a collage picture containing numerous images of a minor female in different states of undress. Some of the images in this collage show the minor female exposing her genitals while masturbating.**

**Violation Number**
General Condition: The defendant shall not commit another federal, state, or local crime.

**Nature of Noncompliance**
On May 2, 2015, the undersigned officer received information Conlin was arrested by St. Peters Missouri Police Department for Kidnapping, Attempted Sexual Abuse, and Assault 3rd Degree. An official police report is still pending at the time of this petition and once received will be included in an amended petition. It is alleged Conlin attacked a 19-year old female on a running path in St. Peters, Missouri, on April 30, 2015. Conlin was identified in a photo line-up by both the victim and a witness. When officers of the St. Peters Missouri Police Department questioned Conlin regarding the attack he voluntarily confessed. Conlin is being held in St. Charles County on a $250,000 cash only bond.

Conlin has not been interviewed by the U.S. Probation Office regarding the violation.

According to the police report, on April 30, 2015, at approximately 3:00pm, a 19-year old female contacted St. Peters Police to report being attacked by a white male, later identified as Conlin, while jogging on the City Centre Trail. The victim reported a minor injury to her knee as a result of the attack. The victim advised Conlin rode a bicycle past her several times. He then approached the victim from behind, grabbed her waist and threw her to the ground. The victim began to scream at Conlin, pleading with him to stop. The victim stated Conlin apologized and extended his hand to help her up from the ground. As the victim began to back away from Conlin, she reported he wrapped his hands around her and left them there until the victim promised not to tell anyone about the attack. The victim reported Conlin told her he had a problem and was trying to get help for it. After the victim broke free of Conlin, he continued to slowly advance towards her as she backed away, continuing to demand she not tell anyone. Once the victim agreed not to report the incident, Conlin fled on foot. The victim later identified Conlin in a photo line-up as the attacker. An area canvass revealed a resident who saw a male matching the description given by the victim, ride past her residence prior to and after the reported attack. This resident later identified Conlin in a photo line-up as the individual riding a bicycle near the City Centre Trail just before and after the attack.

On May 1, 2015, Detectives from the St. Peters Police Department arrived at Conlin's residence to interview him. Conlin initially told the detectives he was home alone on April 30, 2015, except for a brief time when he went to his sister's residence to let her dog out. Conlin also advised he never biked or walked the City Centre Trail due to being a registered sex offender. Conlin showed the detectives two bicycles in his garage and stated they belonged to his parents and had not been rode in years. The detectives observed the bicycles to be in a well-maintained condition, despite Conlin's description. Conlin showed the detectives his bedroom upon their request at which time a red ball cap and sunglasses were observed in plain view. These items matched the description given by both the victim and witness. When confronted with this information, Conlin asked the detectives, hypothetically, what would happen if he confessed to the attack. At this time the detectives began recording the conversation with Conlin and he agreed to continue to speak with them voluntarily. He was asked directly if he meant to hurt the victim, to which Conlin stated, "I wasn't going to hurt her." Conlin made several admissions and

statements to the detectives. Conlin consented to a search of his bedroom which revealed pornographic videos, one titled Barely Legal, a flash drive, and journals about his thoughts about sex. These items as well as Conlin's cell phone were seized as evidence. Conlin was placed under arrest and escorted from the room to speak with his parents who had arrived home during the investigation.

Conlin faces pending felony charges of Kidnapping and Attempted Sexual Abuse 1st Degree and a misdemeanor charge of Assault 3rd Degree under cause #1511-CR01985 in St. Charles County.

### Violation Number
Special Condition No. 6: The defendant shall not possess obscene material as deemed inappropriate by the probation office and/or treatment staff, or patronize any place where such material or entertainment is available.

### Nature of Noncompliance
On May 2, 2015, during the questioning and arrest of Conlin, St. Peters Missouri Police Department conducted a search of Conlin's residence at which time adult pornography was found. At the time, Conlin admitted it was a violation of the conditions of his supervised release to possess such material.

Conlin has not been interviewed by the U.S. Probation Office regarding the violation.

**As previously mentioned, on June 12, 2015, a forensic exam was performed on Conlin's USB flash drive, which was seized during his arrest on May 1, 2015. The flash drive was found to contain both adult and child pornography.**

### Violation Number
General Condition: The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter for use of a controlled substance.

### Nature of Noncompliance
On November 12, 2014, Conlin met with the undersigned officer. At this time he was instructed to call the automated urinalysis line on a daily basis and report to the approved vendor, Joe Fine, as directed. Conlin failed to report as instructed on November 14, November 17, December 9, and December 29, 2014.

When interviewed regarding the violations, Conlin reported he was confused about when he should call the automated line for urinalysis testing.

On April 27, 2015, Conlin submitted a urine specimen at Joe Fine for urinalysis. The specimen tested positive for opiates.

Conlin has not been interviewed by the U.S. Probation Office regarding the violation.

### Violation Number
Special Condition No. 9:  The defendant shall not possess or use any audio/visual recording or producing equipment, a computer, peripheral equipment, gaming equipment, cellular devices, or any

other device with access to any "on line computer services," or subscribe to or use any Internet service at any location (including employment) without the written approval of the probation office. If approval is given, the defendant shall consent to the probation office or probation service representative conducting unannounced examinations, including retrieval and copying of all data, of any computer(s) or computer related equipment to which the defendant has access, including web enabled cell phones and gaming systems to insure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection.

**Nature of Noncompliance**
On May 1, 2015, during the questioning and arrest of Conlin, St. Peters Missouri Police Department conducted a search of Conlin's residence at which time a flash drive was found in Conlin's bedroom. Conlin did not have permission to possess a peripheral storage device.

Conlin has not been interviewed by the U.S. Probation Office regarding the violation.

**Previous Violations**
On January 12, 2015, a report was submitted to the Court advising Conlin had missed four urinalysis tests. As no Court action was taken, those violations have been incorporated into this petition for warrant.

**U.S. Probation Officer Recommendation: It is recommended that the first amended petition be amended to include the new violations and additional information**.  It is recommended the term of Supervised Release be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 12, 2015**

|  | Approved, |  | Respectfully submitted, |
| --- | --- | --- | --- |
| by | *[signature]* | by | *[signature]* for |
|  | For:  Ken R. Fitzgerald<br>Supervising U.S. Probation Officer<br>Date: **June 12, 2015** |  | Laura L. Kline<br>U.S. Probation Officer<br>Date: **June 12, 2015** |

---

THE COURT ORDERS:

☐   No Action
☒   The Court orders that the first amended petition be amended.
☐   The Issuance of a Summons
        Appearance Date:
        Appearance Time:
        Courtroom Number:
☐   Other

*[signature]*
Signature of Judicial Officer

June 15, 2015
Date

I:\Supervision\12C\Conlin, Dennis 12C 2nd Amended407CR00718-1 CDP.docx